1  Frank E. Scherkenbach (CA #142549/scherkenbach@fr.com)
   FISH & RICHARDSON P.C.
2  225 Franklin Street
   Boston, Massachusetts 02110-2804
3  Telephone: (617) 542-5070
   Facsimile:  (617) 542-8906
4
   Howard G. Pollack (CA #162897/pollack@fr.com)
5  Michael R. Headley (CA #230339/headley@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, California 94063
7  Telephone:  (650) 839-5070
   Facsimile:  (650) 839-5071
8
   Attorneys for Plaintiff
9  POWER INTEGRATIONS, INC.

10

11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15 | POWER INTEGRATIONS, INC., a Delaware corporation, | Case No. |
|---|---|
16 | Plaintiff, | **PLAINTIFF POWER INTEGRATIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT** |
17 | v. | |
18 | | |
19 | ON SEMICONDUCTOR CORP., a Delaware corporation, and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, a Delaware limited liability company, | |
20 | | |
21 | | |
22 | Defendants. | |

23

24

25

26

27

28

A. Pursuant to Federal Rule of Civil Procedure Rule 7.1 the undersigned counsel of record for Plaintiff Power Integrations, Inc. ("Power Integrations") certifies as follows:

1. Power Integrations has no parent corporation and no publicly held corporation owns 10% or more of the stock of Power Integrations.

B. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 1, 2016                    FISH & RICHARDSON P.C.


                                           By: /s/ Michael R. Headley
                                               Michael R. Headley

                                           Attorneys for Plaintiff
                                           POWER INTEGRATIONS, INC.