IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04854-MMC<br><br>**ORDER DENYING MOTION TO RELATE CASE**<br><br>Re: Dkt. No. 73 |

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

　　**C 15-4854 MMC**　　Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.

　　**C 16-6371 BLF**　　Power Integrations, Inc. v. ON Semiconductor Corporation

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

　　[ X ]  ARE NOT RELATED as defined by Civil L.R. 3-12(a).

　　[   ]  ARE RELATED as defined by Civil L.R. 3-12(a).

**IT IS SO ORDERED.**

Dated: November 28, 2016

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge