UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

POWER INTEGRATIONS, INC.,

    Plaintiff,

v.

ON SEMICONDUCTOR CORPORATION, et al.,

    Defendants.

Case No.  16-cv-06371-BLF

**CASE MANAGEMENT ORDER**

On March 16, 2017, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Hear Dispositive Motions | June 6, 2019 |
| Final Pretrial Conference | October 3, 2019 at 1:30 p.m. |
| Trial | October 30, 2019 at 9:00 a.m. |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

**IT IS SO ORDERED.**

Dated: March 22, 2017

_____
BETH LABSON FREEMAN
United States District Judge