UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ON SEMICONDUCTOR CORPORATION, et al., <br><br> Defendants. | Case No. 16-cv-06371-BLF <br><br> **ORDER TERMINATING AS MOOT POWER INTEGRATIONS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Power Integrations, Inc. ("Power Integrations") has filed an administrative motion requesting the Court to consider whether this case should be related to Case No. 17-cv-03189, *ON Semiconductor Corp. et al v. Power Integrations, Inc.*, which was originally assigned to Magistrate Judge James. ECF 42. This case has now been reassigned to this Court. Case No. 17-cv-03189, ECF 41. Accordingly, Power Integrations' motion is TERMINATED AS MOOT.

Nevertheless, the Court is aware that there may be overlapping issues between the two cases. The parties shall submit briefing of no more than five pages advising the Court as to whether the two cases should be consolidated. The briefing shall be filed no later than June 22, 2017.

**IT IS SO ORDERED.**

Dated: June 8, 2017

_____
BETH LABSON FREEMAN
United States District Judge