**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ON SEMICONDUCTOR CORPORATION, et al., <br><br> Defendants. | Case No. 16-cv-06371-BLF <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF; DIRECTING DEFENDANT TO FILE SUPPLEMENTAL BRIEF AS SEPARATE DOCKET ENTRY** <br><br> [Re: ECF 181] |

Defendant ON Semiconductor Corp. ("ON") seeks leave of Court to file a 2 page supplemental claims construction brief. ECF 181. Plaintiff Power Integrations, Inc. ("PI") opposes that request in a 4 page brief. ECF 184. ON has shown good cause for the supplemental brief. ON is ORDERED to file its supplemental brief as a separate docket entry on or before **September 21, 2018**. PI may file a 2 page brief in opposition to ON's supplemental brief (available at ECF 181-2) no later than **September 21, 2018**. The Court reminds the parties that the page limit requires that the signature line is included in the limitation and footnotes are to be 12 point font and double-spaced.

**IT IS SO ORDERED.**

Dated: September 17, 2018

_____
BETH LABSON FREEMAN
United States District Judge