# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

POWER INTEGRATIONS, INC.,

    Plaintiff,

v.

ON SEMICONDUCTOR CORPORATION, et al.,

    Defendants.

Case No. 16-cv-06371-BLF

**SUPPLEMENTAL ORDER CONSTRUING CLAIMS IN U.S. PATENT NOS. 6,297,623, 7,538,533, 8,115,457**

On October 26, 2018, this Court issued an order construing certain claims in several U.S. patents, including U.S. Patent Nos. 6,297,623, 7,538,533, and 8,115,457. *See* ECF 196. For each of these patents, the Court found a term indefinite in certain independent claims. The parties did not brief whether the asserted dependent claims associated with those indefinite independent claims were likewise invalid as indefinite. So, the Court instructed the parties to submit a joint statement advising the Court whether the parties agree that each dependent claim is indefinite because it is associated with an indefinite independent claim. *See id.* at 37–38. On November 9, 2018, the parties filed a joint statement agreeing that "each asserted dependent claim of the '623 patent, the '533 patent, and the '457 patent associated with an independent claim ruled upon by the Court is also indefinite by virtue of its incorporation of the terms of its associated independent claim." *See* ECF 197. As such, the Court holds that any asserted claims dependent on an indefinite independent claim are likewise indefinite.

**IT IS SO ORDERED.**

Dated: November 13, 2018

_____
BETH LABSON FREEMAN
United States District Judge