1  Roger Fulghum (*Pro hac vice*)
   roger.fulghum@bakerbotts.com
2  BAKER BOTTS L.L.P.
   910 Louisiana Street
3  Houston, TX 77002
   Telephone: (713) 229-1234
4  Facsimile: (713) 229-1522

5  Colette Reiner Mayer (CA BAR 263630)
   CRMayer@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
8  Facsimile: (650) 494-0792

9  Attorneys for ON SEMICONDUCTOR CORP.
   and SEMICONDUCTOR COMPONENTS
10 INDUSTRIES, LLC

11                  UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 13  POWER INTEGRATIONS, INC., | CASE NO. 16-cv-06371-BLF |
| 14      Plaintiff and Counter-Defendant, | **DECLARATION OF ROGER FULGHUM IN SUPPORT OF ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC'S RESPONSE TO POWER INTEGRATIONS'S MOTION FOR SUMMARY JUDGMENT** |
| 15  vs. | |
| 16  ON SEMICONDUCTOR CORP. AND SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, | |
| 17 | |
| 18      Defendants and Counter-Claimants. | Date:  June 6, 2019<br>Time:  9:00 a.m.<br>The Hon. Beth Labson Freeman |
| 19 | |
| 20  ON SEMICONDUCTOR CORP. AND SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, | CASE NO. 17-cv-03189-BLF |
| 21 | |
| 22      Plaintiffs and Counter-Defendants, | |
| 23  vs. | |
| 24  POWER INTEGRATIONS, INC., | |
| 25      Defendant and Counter-Claimants. | |

DECLARATION OF ROGER FULGHUM IN SUPPORT OF ON'S
RESPONSE TO PI'S MOTION FOR SUMMARY JUDGMENT
Case Nos. 16-cv-06371-BLF and 17-cv-03189-BLF

07536-00002/9553699.6

I, Roger Fulghum, declare as follows:

1. I am a licensed attorney with the law firm Baker Botts LLP. I am counsel of record for ON Semiconductor Corporation and Semiconductor Components Industries, LLC (collectively "ON"). I am admitted *pro hac vice* in this action. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Dr. Vijay Madisetti. Attached as exhibits to the declaration are excerpts of Dr. Madisetti's report on noninfringement, which was served on April 25, 2019.

3. Attached as Exhibit B is a true and correct copy of *Crossroads Sys. (Texas), Inc. v. Dot Hill Sys. Corp.*, No. A-03-CA-754-SS, 2006 WL 1544621 (W.D. Tex. May 31, 2006).

4. Attached as Exhibit C is a true and correct copy of the Decision on Institution of *Inter Partes* Review of the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office in IPR2016-00809 concerning U.S. Patent No. 6,212,079.

5. Attached as Exhibit D is a true and correct copy of the Final Written Decision of the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office in IPR2016-00809 concerning U.S. Patent No. 6,212,079.

6. Attached as Exhibit E is a true and correct copy of the Decision on Institution of *Inter Partes* Review of the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office in IPR2016-01589 concerning U.S. Patent No. 6,249,876.

7. Attached as Exhibit F is a true and correct copy of the Final Written Decision of the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office in IPR2016-01589 concerning U.S. Patent No. 6,249,876.

8. Attached as Exhibit G is a true and correct copy of a Settlement Agreement between Motorola, Inc. and Power Integrations, Inc.

9. Attached as Exhibit H is a Petition for *Inter Partes* Review filed by Power Integrations, Inc. in IPR2017-01903 concerning U.S. Patent No. RE45,862.

FULGHUM DECLARATION IN SUPPORT OF ON'S
RESPONSE TO PI'S MOTION FOR SUMMARY JUDGMENT
Case Nos. 16-cv-06371-BLF and 17-cv-03189-BLF

-1-

07536-00002/9553699.6

10. Attached as Exhibit C is a true and correct copy of the Decision on Institution of *Inter Partes* Review of the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office in IPR2017-01903 concerning U.S. Patent No. RE45,862.

11. Attached as Exhibit J is a true and correct copy of pages 214 and 230 of the trial testimony of Mr. Balu Balakrishnan provided on November 5, 2018 in *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc.*, C.A. No. 08-0309-LPS in the District of Delaware.

12. Attached as Exhibit K is a true and correct copy of U.S. Patent No. RE45,862.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 16th day of May, 2019.

  */s/ Roger Fulghum*
Roger Fulghum

FULGHUM DECLARATION IN SUPPORT OF ON'S
RESPONSE TO PI'S MOTION FOR SUMMARY JUDGMENT
Case Nos. 16-cv-06371-BLF and 17-cv-03189-BLF                                                              -2-

07536-00002/9553699.6