**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br> Plaintiff, <br> v. <br> ON SEMICONDUCTOR CORPORATION, et al., <br> Defendants. | Case No. 16-cv-06371-BLF <br><br> **OMNIBUS ORDER ON SEALING MOTIONS** <br><br> [Re: ECF 220, 223, 234, 237] |

Before the Court are the parties' administrative motions to file under seal portions of their briefing and exhibits in connection with their motions for summary judgment. ECF 220, 223, 234, 237. For the reasons stated below, the motions are GRANTED IN PART, DENIED IN PART with prejudice, and DENIED IN PART without prejudice.

The Court wishes to clarify briefly its order regarding proposed orders for motions to seal (ECF 227). For supporting declarations submitted under Rule 79-5(e), the declaration must still include written paragraphs describing how public disclosure of the information will cause harm to the designating party. Inclusion of this information in the table alone is insufficient. The table must cite to the relevant paragraph in the declaration for support and may summarize what that paragraph says. Averments that "public disclosure of the information will cause harm to [party]" are insufficient.

## I.  LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). Accordingly, when considering a sealing request, "a 'strong

presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016); *Kamakana*, 447 F.3d at 1178–79. Parties seeking to seal briefs relating to motions for summary judgment must meet the compelling reasons standard.

Parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)." Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).

## II. DISCUSSION

The Court has reviewed Plaintiff's ("PI") and Defendants' ("ON") sealing motions and the declarations of the designating parties submitted in support thereof. The Court finds that the parties have articulated compelling reasons to seal certain portions of the submitted documents. The Court's rulings on the sealing requests are set forth in the tables below.

### A. ECF 220 (ON's motion re MSJ and exhibits)

2

| **ECF No.** | **Document** | **Portion(s) to Seal** | **Result** | **Reasoning** |
|---|---|---|---|---|
| 220-4 | Motion for Summary Judgment | Highlighted Portions at 2:17, 2:19-3:6, 3:8-7:20, and 7:22-8:-15 | DENIED | PI, the designating party, does not seek to file this document under seal. *See* Headley Decl. ¶ 2, ECF 231. |
| 220-6 | Exhibit B | Highlighted Portions at 5:13-25 and 241:1-25 | DENIED | PI, the designating party, does not seek to file this document under seal. *See* Headley Decl. ¶ 2, ECF 231. |
| 220-7 | Exhibit C | Entire Exhibit | DENIED | PI, the designating party, does not seek to file this document under seal. *See* Headley Decl. ¶ 2, ECF 231. |
| 220-9 | Exhibit E | Highlighted Portions at 9:19-25, 26:2-27:25, 33:1-35:25, and 102:1-103:25 | DENIED | PI, the designating party, does not seek to file this document under seal. *See* Headley Decl. ¶ 2, ECF 231. |
| 220-11 | Exhibit G | Highlighted Portions at 13:15-25 and 260:1-268:25 | DENIED except as to 13:19–20 | The portion sought to be sealed contains the home address of one of PI's employees. Compelling reasons exist to protect the employee's privacy.<br><br>As to the remainder, PI, the designating party, does not seek to file this document under seal. *See* Headley Decl. ¶ 2, ECF 231. |
| 220-13 | Exhibit V | Highlighted Portions at 6–10, 12, and 13 | GRANTED | The highlighted portions include descriptions of ON's highly confidential circuit schematics. *See* Fulghum Decl. ¶¶ 3–4, ECF 220-1. Public disclosure of this information could cause competitive harm to ON. *Id.* |

| ECF No. | Document | Portion(s) to Seal | Result | Reasoning |
|---|---|---|---|---|
| 220-15 | Exhibit W | Highlighted Portions on pp. 6, 7, and 9–11 | GRANTED | The highlighted portions include descriptions of ON's confidential circuit schematics. *See* Fulghum Decl. ¶¶ 3–4. Public disclosure of this information could cause competitive harm to ON. *Id*. |

**B.    ECF 223 (PI's motion re MSJ and exhibits)**

| ECF No. | Document | Portion(s) to Seal | Result | Reasoning |
|---|---|---|---|---|
| 223-4 | PI's Motion for Summary Judgment and Motion to Strike Expert Opinions | Highlighted portions at 11:14-24, 14:5-16, 14:19-22, 18:15-16, 18:17-22, 18:23-19:2, 19:5-6, 19:14-15, 20:5-7, 21:8-10, and 21:25-28. | GRANTED as to all highlighted portions except 19:14-15 and 21:25-28 | Contains excerpts of PI's confidential internal schematics (11:14-24) and deposition testimony and excerpts from expert reports regarding the detailed functionality of PI's chips and unreleased products (14:5-16, 14:19-22, 18:15-16, 18:17-22, 18:23-19:2, 19:5-6, 20:5-7, 21:8-10). *See* Headley Decl. ¶ 3, ECF 223-1. Public disclosure of this information could cause competitive harm to PI. *Id*.<br><br>Denied as to remainder (19:14-15; 21:25-28). ON, the designating party, does not seek to file this document under seal. *See* Fulghum Decl. ¶ 2, ECF 230. |
| 223-5 | Ex. 24 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | This excerpt from PI's schematics contains confidential details regarding the inner workings of PI's SMP3 chip products. *See* Headley Decl. ¶¶ 3–4. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-6 | Ex. 26 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | This excerpt contains confidential details regarding the inner workings of PI's SMP3 chip products, including circuit schematics that were filed herewith as Exhibit 24. *See* Headley Decl. ¶¶ 3, 5. Public disclosure of this information could cause competitive harm to PI. *Id*. |

| ECF No. | Document | Portion(s) to Seal | Result | Reasoning |
|---|---|---|---|---|
| 223-7 | Ex. 27 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | This excerpt contains confidential details regarding the inner workings of PI's SMP3 chip products, including circuit schematics that were filed herewith as Exhibit 24. *See* Headley Decl. ¶¶ 3, 5. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-8 | Ex. 28 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | This excerpt contains confidential details regarding the inner workings of PI's SMP3 chip products, including circuit schematics that were filed herewith as Exhibit 24. *See* Headey Decl. ¶¶ 3, 5. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-9 | Ex. 33 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | This excerpt discusses the detailed inner workings of PI's accused products, which is information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 6. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-10 | Ex. 34 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Contains ON's detailed characterizations of the inner workings of PI's accused products, information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 7. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-11 | Ex. 35 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Contains ON's detailed characterizations of the inner workings of PI's accused products, information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 7. Public disclosure of this information could cause competitive harm to PI. *Id*. |

| ECF No. | Document | Portion(s) to Seal | Result | Reasoning |
|---|---|---|---|---|
| 223-12 | Ex. 36 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Cites and explains PI's detailed internal product schematics and other materials regarding the inner workings of PI's integrated circuit products. *See* Headley Decl. ¶¶ 3, 8. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-13 | Ex. 43 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Contains ON's detailed characterizations of the inner workings of PI's accused products, information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 7. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-14 | Ex. 44 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Cites and explains PI's detailed product schematics and other materials regarding the inner workings of PI's integrated circuit products. *See* Headley Decl. ¶¶ 3, 8. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-15 | Ex. 45 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | This excerpt from the deposition of PI engineer Mike Matthews discusses the detailed inner workings of PI's accused products, which is information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 9. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-16 | Ex. 47 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Contains ON's detailed characterizations of the inner workings of PI's accused products, information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 7. Public disclosure of this information could cause competitive harm to PI. *Id*. |

| ECF No. | Document | Portion(s) to Seal | Result | Reasoning |
|---|---|---|---|---|
| 223-17 | Ex. 48 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Contains ON's detailed characterizations of the inner workings of PI's accused products, information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 7. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-18 | Ex. 49 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Contains ON's detailed characterizations of the inner workings of PI's accused products, information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 7. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-19 | Ex. 50 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | These excerpts from the deposition of PI engineer and CEO Balu Balakrishnan discuss the detailed inner workings of PI's accused products, which is information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 10. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-20 | Ex. 51 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Cites and explains PI's detailed internal product schematics and other materials regarding the inner workings of PI's integrated circuit products. *See* Headley Decl. ¶¶ 3, 8. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-21 | Ex. 52 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Cites and explains PI's detailed internal product schematics and other materials regarding the inner workings of PI's integrated circuit products. *See* Headley Decl. ¶¶ 3, 8. Public disclosure of this information could cause competitive harm to PI. *Id*. |

| ECF No. | Document | Portion(s) to Seal | Result | Reasoning |
|---|---|---|---|---|
| 223-22 | Ex. 53 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Cites and explains PI's detailed internal product schematics and other materials regarding the inner workings of PI's integrated circuit products. *See* Headley Decl. ¶¶ 3, 8. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-23 | Ex. 54 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Contains ON's detailed characterizations of the inner workings of PI's accused products, information PI maintains as highly confidential and proprietary in the ordinary course of business. *See* Headley Decl. ¶¶ 3, 7. Public disclosure of this information could cause competitive harm to PI. *Id*. |
| 223-24 | Ex. 56 to Headley Dec ISO PI's Motion | Entire exhibit | DENIED | ON, the designating party, does not seek to file this document under seal. *See* Fulghum Decl. ¶ 2. |
| 223-25 | Ex. 57 to Headley Dec ISO PI's Motion | Entire exhibit | DENIED WITHOUT PREJUDICE | The request is not narrowly tailored. Likewise, ON does not seek to seal any portion of this document, and PI does not inform the Court which specific portions it seeks to seal despite ON's lack of designation. |
| 223-26 | Ex. 58 to Headley Dec ISO PI's Motion | Entire exhibit | GRANTED | Cites and explains PI's detailed internal product schematics and other materials regarding the inner workings of PI's integrated circuit products. *See* Headley Decl. ¶¶ 3, 8. Public disclosure of this information could cause competitive harm to PI. *Id*. |

### C. ECF 234 (ON's motion re Opposition and exhibits)

| ECF No. | Document | Portion(s) to Seal | Result | Reasoning |
|---|---|---|---|---|
| 234-3 | Motion for Summary Judgment | Highlighted Portions at 9:25-26 | GRANTED | The highlighted portion contains confidential information contained in a settlement agreement between PI and third-party Motorola Inc. *See* Headley Decl. ¶ 2, ECF 240. |
| 234-3 | Motion for Summary Judgment | Highlighted Portions at 15:2-8, 15:12-16, and 17:20-18:2 | DENIED | PI, the designating party, does not seek to file this document under seal. *See* Headley Decl. ¶ 2. |
| 234-4 | Exhibit A | Entire Exhibit | GRANTED as to Exhibit 1 (R129-R139); Exhibit 2 (R164-R168); Exhibit 8 (R90-R95); and ¶¶ 5–7<br><br>DENIED as to remainder. | The delineated portions of the Madisetti declaration contain detailed excerpts from PI's product schematics and discussions of the highly confidential inner workings of PI's accused products, the release of which would cause competitive harm to PI. *See* Headley Decl. ¶ 2.<br><br>PI, the designating party, does not seek to file the remainder of the document under seal. *See* Headley Decl. ¶ 2. |
| 234-5 | Exhibit G | Entire Exhibit | GRANTED | The highlighted portion contains confidential information contained in a settlement agreement between PI and third-party Motorola Inc. *See* Headley Decl. ¶ 2. |

### D. ECF 237 (PI's motion re Opposition and exhibits)

| ECF No. | Document | Portion(s) to Seal | Designating Party | Reasoning |
|---|---|---|---|---|
| 237-4 | Kelley Declaration in Support of PI's Opposition | Pages 4:8-10, 4:21-5:1, and 7:17-21 and Attachment D | GRANTED as to Attachment D. Denied as to remainder. | Attachment D contains information regarding ON's accused products and their detailed schematics and functionality. *See* Fulghum Decl. ¶ 2, ECF 239. Public disclosure of this information would cause harm to ON. *Id.* <br><br> ON, the designating party, does not seek to file the remainder of the document under seal. *See* Fulghum Decl. ¶ 2. |
| 237-5 | Ex. 1 to the Headley Declaration | Entire exhibit | GRANTED | Contains information regarding ON's accused products and their detailed schematics and functionality. *See* Fulghum Decl. ¶ 2, ECF 239. Public disclosure of this information would cause harm to ON. *Id.* |

## III. CONCLUSION

For the foregoing reasons, the sealing motions at ECF 220, 223, 234, 237 are GRANTED IN PART, DENIED IN PART with prejudice, and DENIED IN PART without prejudice. For any document that has been denied sealing without prejudice, the designating party may renew its request for sealing by submitting more narrowly tailored redactions and supporting declaration(s). Any renewed request must be filed **on or before June 17, 2019**. If no renewed request is filed by that date, the sealing request will be denied with prejudice.

For any request that has been denied with prejudice and the properly unredacted or lesser redacted document consistent with this order has not been filed, the submitting party must file the unredacted (or lesser redacted) documents into the public record **no earlier than 4 days and no later than 10 days from the filing of this order**. Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: June 3, 2019

_____
BETH LABSON FREEMAN
United States District Judge