UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ON SEMICONDUCTOR CORPORATION, et al.,<br><br>    Defendants. | Case No.16-cv-06371-BLF (VKD)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE CITED EXCERPTS OF HARI RULE 30(B)(6) DEPOSITION TRANSCRIPT** |

On April 30, 2019, the parties filed a joint discovery dispute letter regarding plaintiff Power Integrations, Inc.'s ("PI") request to compel further Rule 30(b)(6) deposition testimony from defendants. Dkt. No. 217. That discovery dispute letter cited to portions of Ajay Hari's Rule 30(b)(6) deposition transcript filed under seal. At the Court's request, defendants lodged the entire transcript of Mr. Hari's Rule 30(b)(6) deposition. Dkt. No. 249 at 30:8-13. In its order resolving the parties' dispute, the Court cited to portions of Mr. Hari's Rule 30(b)(6) deposition transcript that were not previously filed. Dkt. No. 250.

Accordingly, defendants shall file the following additional excerpts of the transcript of Mr. Hari's Rule 30(b)(6) deposition by **June 11, 2019:** pages 80, 177-179, and 364-367. As the Court has already concluded that good cause exists to file this material under seal, defendants need not file an administrative motion pursuant to Civil Local Rule 79-5. Dkt. No. 252.

**IT IS SO ORDERED.**

Dated: June 4, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge